IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARLOS GERARDO CARDONA-LOZANO, | § § § § § § § § § § § § § | |
| Petitioner, | | |
| v. | | 1:25-CV-1784-RP |
| KRISTI NOEM, *in her official capacity as Secretary of the United States Department of Homeland Security*, et al., | | |
| Respondents. | | |

## FINAL JUDGMENT

On November 14, 2025, the Court entered an order granting Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1). (Dkt. 7). Respondents advised the Court on November 25, 2025 that Petitioner was scheduled to be released. (Dkt. 11). All other requested relief in Petitioner's Petition is **DENIED**. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on January 27, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE